

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant State Superintendent
Austin, Texas

Dear Sir:

Opinion No. 0-2710
Re: Whether county board
of trustees may grant
leave of absence to
county superintendent.

In your letter of September 7, 1940, you request our opinion in response to the following question:

"Can a county board of trustees grant the county superintendent a leave of absence in order that he may attend school or travel in the interest of the educational system of his county?"

The elective county superintendent must take the official oath and give bond as other officers. Article 2689, Revised Civil Statutes. His general duties are prescribed in Article 2693, Revised Civil Statutes. Other specific duties are cast upon him by various other statutes. There is no statutory or other authority for the county board of trustees to relieve him of those duties, either in the form of giving him a leave of absence or otherwise. While such action on the part of the members of the county board might be considered as evidence of desirability of the superintendent's absence for such purposes, it could have no legal significance or effect. Your question is accordingly answered in the negative.

Very truly yours

ATTORNEY GENERAL OF TEXAS

APPROVED SEP 14, 1940

*Gerald Mann*

ATTORNEY GENERAL OF TEXAS

By *Glenn R. Lewis*

Glenn R. Lewis
Assistant

GRL:db

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT